■ BRUCE SCHWARTZ, Respondent, v MORSE BUSINESS MACHINES CORPORATION et al., Appellants. [853 NYS2d 887]—

The defendants failed to establish their entitlement to judgment as a matter of law (see Zuckerman v City of New York, 49 NY2d 557 [1980]). Accordingly, that branch of their motion which was for summary judgment dismissing the complaint was properly denied (see Winegrad v New York Univ. Med. Ctr., 64 NY2d 851 [1985]).

The defendants' remaining contention is without merit. Mastro, J.P., Dickerson, Belen and Chambers, JJ., concur.